Debbie P. Kirkpatrick, Esq. (SBN 207112)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
jschultz@sessions.legal

Attorney for Ceteris Portfolio Services, LLC, d/b/a SRA Associates

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KOCHLANI,<br><br>              Plaintiff,<br>      vs.<br><br>SRA ASSOCIATES, LLC, DOES 1-10, INCLUSIVE;<br><br>              Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant, Ceteris Portfolio Services, LLC d/b/a SRA Associates[1] ("SRA") hereby removes to this Court the state court action described below.

---

[1] Ceteris Portfolio Services, LLC acquired the assets of SRA Associates, LLC through an asset foreclosure and does business as SRA Associates.

Notice of Removal of Action

1

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*

2. On or about May 14, 2020 the action was commenced in the Superior Court of the State of California for the County of Los Angeles, entitled, *Guy Kochlani v. SRA Associates, LLC, Does 1-10 inclusive*, Case No. 20STLC04153 (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which SRA first received a copy of the said Complaint was May 18, 2020, when SRA was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), SRA has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

| | |
|---|---|
| Dated: 6/17/20 | S<small>ESSIONS</small>, F<small>ISHMAN</small>, N<small>ATHAN</small> & I<small>SRAEL</small>, L.L.P. |
| | */s/Debbie P. Kirkpatrick* <br> Debbie P. Kirkpatrick <br> Attorney for Defendant <br> Ceteris Portfolio Services, LLC, d/b/a <br> SRA Associates |