Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KOCHLANI, <br><br> Plaintiff, <br><br> vs. <br><br> SRA ASSOCIATES, LLC, DOES 1-10, INCLUSIVE; <br><br> Defendant | Case No. <br><br> 2:20-cv-05382-PSG-AGR <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

Respectfully submitted March 18, 2021

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: */s/ Debbie Kirkpatrick*
Debbie Kirkpatrick
Attorney For Defendant

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 18, 2021

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on March 18, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on March 18, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman, Esq
Todd M. Friedman
