UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
3/19/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

GUY KOCHLANI,

Plaintiff,

vs.

SRA ASSOCIATES, LLC, DOES 1-10, INCLUSIVE;

Defendant.

Case No.

link 17
case already closed

2:20-cv-05382-PSG-AGR

~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this  3/19/21  _____

_____
Honorable Judge of the District Court

[Proposed]Order to Dismiss - 1